# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Suzanne Nemec

Plaintiff,

VS.   |   Court No.: 1:14-cv-09815

Regional Recovery Services, Inc.

Defendant.

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, <u>Peter Valente</u>, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal IL, Inc., a licensed private detective agency, license number 117-001465 appointed by the court to serve process in the above referenced case. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: <u>Summons In a Civil Case, Notification of Docket Entry and Complaint</u>

Defendant to be served: <u>Regional Recovery Services, Inc.</u>

ADDRESS WHERE ATTEMPTED OR SERVED:   <u>c/o Sheryl K. Schumann, 18505 Stewart Avenue Homewood, IL, 60430</u>

I **SERVED** the within named defendant on: <u>12/16/2014 10:12 AM</u>

**X CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with <u>Sheryl K. Schumann</u>, (Title): <u>Registered Agent</u>, a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Age:** <u>55</u> **Gender:** <u>Female</u> **Race:** <u>Caucasian</u> **Height:** <u>5-9</u> **Weight:** <u>176-200</u> **Hair:** <u>Blonde</u> **Glasses:** <u>No</u>

Additional Comments:
Car in the driveway IL # 9971.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

State of <u>IL</u>
County of <u>Will</u>

Subscribed and sworn before me on <u>12 / 17 / 14</u>

_____
Signature of Process Server

_C Enright_
Notary Public

OFFICIAL SEAL
C ENRIGHT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/04/18



Page 1 of 1   File Number: 1ML121514
Reference Number: 3250348
Case Number: 1:14-cv-09815
Doc Generated: 12/17/2014 10:36:33:842 AM

589392_3250348_0_23_V4