**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Suzanne Nemec, | Case No. 1:14-cv-09815 |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Regional Recovery Services, Inc., | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with Prejudice in 30 days.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
53 W. Jackson Blvd, Suite 304
Chicago, IL 60604
Tel: 312/242-1849
Fax: 312/242-1849
richard@meierllc.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of

this filing will be sent by operation of the Courtøs electronic filing system to all parties indicated

on the electronic filing receipt. The following party was served via regular U.S. Mail:


*/s/ Richard J. Meier*